# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1114**
**CA 14-00019**
PRESENT: SCUDDER, P.J., CARNI, LINDLEY, AND VALENTINO, JJ.

---

MELISSA LAZAR, PLAINTIFF-RESPONDENT,

V                                                          MEMORANDUM AND ORDER

BARRY D. LAZAR, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

SHELDON B. BENATOVICH, WILLIAMSVILLE (JAMES P. RENDA OF COUNSEL), FOR DEFENDANT-APPELLANT.

LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO (JOHN A. COLLINS OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---------------------------------------------------------------------------------------------------

Appeal from an order and judgment (one paper) of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered April 16, 2012 in a divorce action. The order and judgment awarded plaintiff a money judgment in the sum of $98,966.91 against defendant.

It is hereby ORDERED that the order and judgment so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Lazar v Lazar* ([appeal No. 3] ___ AD3d ___ [Jan. 2, 2015]).

Entered:  January 2, 2015                                    Frances E. Cafarell
                                                              Clerk of the Court